IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01943-WYD-MJW

MELISSA CORTES,

Plaintiff,

v.

TRS RECOVERY SERVICES, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion for Protective Order Re: Confidentiality (docket no. 12) is GRANTED. The written Protective Order is APPROVED and made an Order of Court.

Date: December 4, 2007