IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01943-WYD-MJW

MELISSA CORTES,

    Plaintiff,

v.

TRS RECOVERY SERVICES, INC., a Colorado corporation,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT, having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, hereby

ORDERS that this case is **DISMISSED WITH PREJUDICE**, with each party to pay her or its own attorney's fees and costs.

Dated this 17th day of March, 2008.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                UNITED STATES DISTRICT JUDGE